**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Randy** First Name  **Benavides** Middle Name  **Balderas** Last Name  _____ Suffix (Sr., Jr., II, III) | _____ First Name  _____ Middle Name  _____ Last Name  _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____ First Name  _____ Middle Name  _____ Last Name | _____ First Name  _____ Middle Name  _____ Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **2  4  3  0**  OR  9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____  OR  9xx – xx – ____ ____ ____ ____ |

| Debtor 1 | **Randy** | **Benavides** | **Balderas** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 4. | Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and doing business as names | ☐ I have not used any business names or EINs.<br><br>**Trojan Construction Services (sole-propr**<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>2 7 – 4 5 2 8 4 1 8<br>EIN<br><br>__ __ – __ __ __ __ __ __ __<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>__ __ – __ __ __ __ __ __ __<br>EIN<br><br>__ __ – __ __ __ __ __ __ __<br>EIN |
| 5. | Where you live | **2049 FM 3006**<br>Number   Street<br><br>_____<br><br>_____<br><br>**Pleasanton    TX    78064**<br>City            State    ZIP Code<br><br>**Atascosa**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State    ZIP Code |
| 6. | Why you are choosing this district to file for bankruptcy | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

### Part 2: Tell the Court About Your Bankruptcy Case

| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.<br><br>☐ Chapter 7<br><br>☑ Chapter 11<br><br>☐ Chapter 12<br><br>☐ Chapter 13 |
|---|---|---|

Debtor 1  **Randy**   **Benavides**   **Balderas**   Case number (if known) _____
         First Name   Middle Name    Last Name

| 8. | How you will pay the fee | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

| 9. | Have you filed for bankruptcy within the last 8 years? | ☑ No |
|    |                                                          | ☐ Yes. |

District _____ When _____ Case number _____
                                                 MM / DD / YYYY
District _____ When _____ Case number _____
                                                 MM / DD / YYYY
District _____ When _____ Case number _____
                                                 MM / DD / YYYY

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☑ No |
|     |                                                                                                                                                  | ☐ Yes. |

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                                                 MM / DD / YYYY   if known

Debtor _____ Relationship to you _____
District _____ When _____ Case number, _____
                                                 MM / DD / YYYY   if known

| 11. | Do you rent your residence? | ☑ No.  Go to line 12. |
|     |                             | ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence? |

  ☐ No.  Go to line 12.
  ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1 __Randy__ __Benavides__ __Balderas__                     Case number (if known) _____
         First Name   Middle Name   Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No. Go to Part 4.
☒ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Trojan Construction Services**
Name of business, if any

**148 N. Burnett Ave.**
Number    Street

_____

**Charlotte**                                **TX**        **78011**
City                                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                      Number    Street

_____

_____   _____   _____
City                                State    ZIP Code

| Debtor 1 | **Randy** | **Benavides** | **Balderas** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Randy** **Benavides** **Balderas**    Case number (if known) _____
         First Name   Middle Name   Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Debtor 1 | **Randy** | **Benavides** | **Balderas** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Randy Benavides Balderas**  
Randy Benavides Balderas, Debtor 1

Executed on **11/03/2016**  
MM / DD / YYYY

X _____  
Signature of Debtor 2

Executed on _____  
MM / DD / YYYY

| Debtor 1 | **Randy** | **Benavides** | **Balderas** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ WILLIAM R. DAVIS, JR.**    Date **11/03/2016**
Signature of Attorney for Debtor           MM / DD / YYYY

**WILLIAM R. DAVIS, JR.**
Printed name

**Langley & Banack, Inc.**
Firm Name

**745 E Mulberry Ave.**
Number        Street

**Suite 900**

**San Antonio**                     **TX**         **78212**
City                                 State         ZIP Code

Contact phone **(210) 736-6600**     Email address **wrdavis@langleybanack.com**

**05565500**                         **TX**
Bar number                           State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Randy Benavides Balderas**            Case No. _____

Chapter **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................... | **$21,599.20** |
| Prior to the filing of this statement I have received........................................ | **$21,599.20** |
| Balance Due.................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/03/2016** | **/s/ WILLIAM R. DAVIS, JR.** |
|:---:|:---|
| *Date* | *WILLIAM R. DAVIS, JR.*   Bar No. 05565500 |
| | Langley & Banack, Inc. |
| | 745 E Mulberry Ave. |
| | Suite 900 |
| | San Antonio, TX 78212 |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 |

---

 /s/ Randy Benavides Balderas

*Randy Benavides Balderas*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Randy** | **Benavides** | **Balderas** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                                                                                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

                                                                                                                                                      **Unsecured claim**

**1** **Internal Revenue Service**         What is the nature of the claim?   **1040 Taxes**        **$750,000.00**
Creditor's name
**P.O. Box 7346**                          As of the date you file, the claim is:   Check all that apply.
Number      Street
                                           ☐ Contingent
                                           ☐ Unliquidated
_____            ☐ Disputed
**Philadelphia**    **PA**   **19101-7346**   ☑ None of the above apply
City               State    ZIP Code
                                           **Does the creditor have a lien on your property?**
_____            ☑ No
Contact                                    ☐ Yes.  Total claim (secured and unsecured): _____
                                                   Value of security                –  _____
_____                    Unsecured claim:                    _____
Contact phone

**2** **RDO Equipment Co.**                What is the nature of the claim?   **Lawsuit**           **$220,000.00**
Creditor's name
**c/o D.M. Dalton, Jr.**                   As of the date you file, the claim is:   Check all that apply.
Number      Street
                                           ☐ Contingent
**Jones, Allen & Fuquay, LLP**             ☐ Unliquidated
                                           ☐ Disputed
**Dallas**          **TX**   **75243**      ☑ None of the above apply
City               State    ZIP Code
                                           **Does the creditor have a lien on your property?**
_____            ☑ No
Contact                                    ☐ Yes.  Total claim (secured and unsecured): _____
                                                   Value of security                –  _____
_____                    Unsecured claim:                    _____
Contact phone

| Debtor 1 | Randy | Benavides | Balderas | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

### 3

**Scottrade Bank Equipment Finance**
Creditor's name
**c/o Jenkins & Kling, PC**
Number   Street
**150 N. Meramec Ave., Suite 400**

**St. Louis          MO    63105**
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Lawsuit**          $210,000.00

**As of the date you file, the claim is:**   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
              Value of security            – _____
              Unsecured claim:                _____

### 4

**Elvira Salmeron Jones**
Creditor's name
**428 Chaparral Dr.**
Number   Street

**Pleasanton       TX    78064**
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Child support**     $30,000.00

**As of the date you file, the claim is:**   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
              Value of security            – _____
              Unsecured claim:                _____

### 5

**Triple S Steel**
Creditor's name
**2042 West Thompson**
Number   Street

**San Antonio       TX    78226**
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Goods and services**   $22,238.22

**As of the date you file, the claim is:**   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
              Value of security            – _____
              Unsecured claim:                _____

### 6

**Hindes Well Service**
Creditor's name
**3601 Veterans Blvd.**
Number   Street

**Del Rio            TX    78840**
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**   **Goods and services**   $16,073.00

**As of the date you file, the claim is:**   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
              Value of security            – _____
              Unsecured claim:                _____

| Debtor 1 | Randy | Benavides | Balderas | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

### 7

**Arnold Oil Company Fuels, LLC**
Creditor's name
**P.O. Box 18089**
Number       Street
_____

**Austin**       **TX**   **78760-8089**
City            State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Lawsuit/Judgment**   $8,750.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
           Value of security                      − _____
           Unsecured claim:                         _____

### 8

**Curl Stahl Geis, PC**
Creditor's name
**700 N. St. Mary's, #1800**
Number       Street
_____

**San Antonio**   **TX**   **78205**
City              State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Lawsuit/legal services**   $7,472.56
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
           Value of security                      − _____
           Unsecured claim:                         _____

### 9

**Matheson Tri-Gas**
Creditor's name
**P.O. Box 123028**
Number       Street
_____

**Dallas**       **TX**   **75312**
City             State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Goods and services**   $5,232.38
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
           Value of security                      − _____
           Unsecured claim:                         _____

### 10

**4 Star Hose**
Creditor's name
**Dallas, TX**
Number       Street
_____

_____
City            State    ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   **Goods and services**   $4,361.11
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured): _____
           Value of security                      − _____
           Unsecured claim:                         _____

Debtor 1 **Randy** **Benavides** **Balderas**   Case number (if known) _____
        First Name    Middle Name    Last Name

**Unsecured claim**

| 11 | **Pleasanton Express** | What is the nature of the claim? | **Goods and services** | **$3,794.23** |

Creditor's name
**P.O. Box 880**
Number      Street

**Pleasanton**   **TX**   **78064**
City          State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security            − _____
              Unsecured claim:               _____

| 12 | **Oilfield Support Services** | What is the nature of the claim? | **Goods and services** | **$3,286.38** |

Creditor's name
**16350 Park Ten Place, #218**
Number      Street

**Houston**     **TX**   **77084**
City          State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security            − _____
              Unsecured claim:               _____

| 13 | **Caterpillar Financial Services Corp.** | What is the nature of the claim? | **Lawsuit** | **$0.00** |

Creditor's name
**c/o John M. Castillo**
Number      Street
**Farrimond, Castillo & Brenahan, PC**

**San Antonio**   **TX**   **78205**
City          State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security            − _____
              Unsecured claim:               _____

| 14 | **Capital Farm Credit** | What is the nature of the claim? | **Guarantor of debts of Big R** | **$0.00** |

Creditor's name
**3000 Briarcrest Dr., Suite 422**
Number      Street

**Bryan**       **TX**   **77805**
City          State    ZIP Code

Contact

Contact phone

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.  Total claim (secured and unsecured): _____
              Value of security            − _____
              Unsecured claim:               _____

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Randy Benavides Balderas**            X _____
Randy Benavides Balderas, Debtor 1             Signature of Debtor 2

Date **11/03/2016**                            Date _____
     MM / DD / YYYY                                 MM / DD / YYYY

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Randy Benavides Balderas**                              CASE NO

                                                                                               CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/3/2016                                        Signature  **/s/ Randy Benavides Balderas**
                                                                                 *Randy Benavides Balderas*

Date _____        Signature _____

4 Star Hose
Dallas, TX



Arnold Oil Company Fuels, LLC
P.O. Box 18089
Austin, TX  78760-8089



Atascosa County
1001 Oak St.
Jourdanton, TX  78026



Capital Farm Credit
3000 Briarcrest Dr., Suite 422
Bryan, TX  77805



Capital One Bank, N.A.
5444 Westheimer Rd.
Houston, TX  77056



Caterpillar Financial Services Corp.
c/o John M. Castillo
Farrimond, Castillo & Brenahan, PC
130 E. Travis, Suite 350
San Antonio, TX  78205

Caterpillar Financial Services corp.
2120 West End Ave.
Nashville, TN  37203-0986



Christopher Clifton



Chrysler Capital
P.O. Box 660335
Dallas, TX  75266

Curl Stahl Geis, PC
700 N. St. Mary's, #1800
San Antonio, TX  78205



Elvira Salmeron Jones
428 Chaparral Dr.
Pleasanton, TX  78064



Hindes Well Service
3601 Veterans Blvd.
Del Rio, TX  78840



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346



John Deere Financial
P.O. Box 6600
Johnston, IA  50131-6600



Julia A. Kuglen
Attorney at Law
1104 Nueces St., Suite 104
Austin, TX  78701-2106



Lytle State Bank
14631 FM 2790
Lytle, TX  78052



Matheson Tri-Gas
P.O. Box 123028
Dallas, TX  75312



Oilfield Support Services
16350 Park Ten Place, #218
Houston, TX  77084

Pleasanton Express  
P.O. Box 880  
Pleasanton, TX  78064


RDO Equipment Co.  
c/o D.M. Dalton, Jr.  
Jones, Allen & Fuquay, LLP  
8828 Greenville Ave.  
Dallas, TX  75243

Scottrade Bank Equipment Finance  
c/o Jenkins & Kling, PC  
150 N. Meramec Ave., Suite 400  
St. Louis, MO  63105


Security Service F.C.U.  
16211 La Cantera Pkwy.  
San Antonio, TX    78256


Security State Bank  
1194 W. Oaklawn  
Pleasanton, TX  78064


Triple S Steel  
2042 West Thompson  
San Antonio, TX  78226


U.S. Small Business Admin.  
727 E. Durango Rm A-513  
Federal Building  
San Antonio, Texas 78206


United States Attorney  
Taxpayer Division  
601 N.W. Loop 410 Suite 600  
San Antonio, TX 78216-5512


United States Attorney General  
950 Pennsylvania Ave., NW  
Washington, DC  20530-0001