**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 17, 2017.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE | X | |
|---|---|---|
| | X | CASE NO. 16-52554-CAG |
| RANDY BENAVIDES BALDERAS | X | |
| | X | |
| DEBTOR | X | CHAPTER 11 |

### ORDER GRANTING SECOND AND FINAL APPLICATION OF LANGLEY& BANACK, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM MARCH 27, 2017 THROUGH OCTOBER 12, 2017

On this day, came on to be heard the Second and Final Application for Allowance of Compensation and Reimbursement of Expenses filed with the Court by Langley & Banack, Inc., in its capacity as Attorneys for Randy Benavides Balderas, and it appearing to the Court that Applicant filed with the Court on October 18, 2017 its Second and Final Application for Allowance of Compensation and Reimbursement of Expenses which included exhibits reciting the number of hours worked by the

attorneys and paraprofessionals and containing a description of how the time was expended by the attorneys and paraprofessionals and it appearing that due notice of such Second and Final Application has been transmitted by William R. Davis, Jr. to the appropriate parties in interest and creditors in the Debtor's Chapter 11 case, and in determining the amount of attorney's fees and reimbursement of expenses to be awarded, the Court has considered the following factors:

1. The time and labor required;
2. The novelty and difficulty of the questions;
3. The skill requisite to perform the legal services properly;
4. The preclusion of other employment by the attorneys due to acceptance of the case;
5. Customary fees;
6. Whether the fee is fixed or contingent;
7. Time limitations imposed by the client or other circumstances;
8. The amount of time involved and the result obtained;
9. The experience, reputation and ability of the attorneys;
10. The "undesirability" of the case;
11. The nature and length of the professional relationship with the client; and
12. Awards in similar cases.

and the Court further finding that the services detailed by the Attorneys in its Second and Final Application were performed by them and that the performance of such services has benefitted the estate and the creditors of the Debtor and that the expenses detailed by the Attorneys in its Second and Final Application were reasonable, necessary and actually incurred by them, it is accordingly

ORDERED, ADJUDGED and DECREED:

That Langley & Banack, Inc. is hereby awarded Second and Final allowance of compensation in the amount of $81,715.10, representing $80,257.50 in professional and paraprofessional fees and $1,457.60 in expenses for the period of March 27, 2017 through October 12, 2017 – this represents a voluntary reduction in the Application in the amount of $3,250.00; it is further

That the above stated amounts awarded to Langley & Banack, Inc. should be paid using the retainer/post-petition deposits paid by Debtor to Applicant, with any additional amounts due being paid by the Debtor/Debtor's Estate; and it is further

That all fees and expenses authorized herein ($81,715.10), as well as the fees and expenses in the total amount of $36,288.47 allowed in the First Interim Fee Application, are allowed as final compensation and subject to no further review.

###

Submitted by:

William R. Davis, Jr.
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
(210) 736-6600